IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-745-GCM

| | |
|---|---|
| BRIANA BLUNT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BELK, INC., ) <br> ) <br> Defendant. ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Eleanor Michelle Drake** filed October 31, 2016 [Doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Ms Drake is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Briana Blunt.

**IT IS SO ORDERED.**

Signed: November 3, 2016

Graham C. Mullen
United States District Judge