IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-745-GCM

| BRIANA BLUNT, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| BELK, INC., | ) **ORDER** |
| Defendant. | ) |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Alison S. Hightower** filed November 7, 2016 [Doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Ms Hightower is admitted to appear before this court *pro hac vice* on behalf of Defendant, Belk, Inc..

**IT IS SO ORDERED.**

Signed: November 8, 2016

Graham C. Mullen
United States District Judge