IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-745-GCM

| BRIANA BLUNT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BELK, INC., | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **John Gerard Albanese** filed November 21, 2016 [Doc. # 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Mr. Albanese is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Briana Blunt.

**IT IS SO ORDERED.**

Signed: November 29, 2016

Graham C. Mullen
United States District Judge