## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-CV-745-GCM

|                |            |   |         |
|----------------|------------|---|---------|
| **BRIANA BLUNT,** |         | ) |         |
|                | **Plaintiff,** | ) |      |
| **v.**         |            | ) | **ORDER** |
|                |            | ) |         |
| **BELK, INC.,** |           | ) |         |
|                | **Defendant.** | ) |      |
|                |            | ) |         |

 

 

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Rod M. Fliegel,** filed December 19, 2016 [doc. # 13].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Fliegel is admitted to appear before this court *pro hac vice* on behalf of Defendant, Belk, Inc..

**IT IS SO ORDERED.**

Signed: January 3, 2017

Graham C. Mullen
United States District Judge